**STATE of Missouri, Respondent,**

v.

**Ralph E. BUCK, Appellant.**

**No. WD 37849.**

Missouri Court of Appeals,
Western District.

Nov. 12, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 23, 1986.

Application to Transfer Denied
Feb. 17, 1987.

Kathleen Murphy Markie, Columbia, for appellant.

William L. Webster, Atty. Gen., Elizabeth A. Levin, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and
MANFORD and BERREY, JJ.

### ORDER

PER CURIAM:

Direct appeal from jury convictions for assault, second degree, in violation of § 565.060, RSMo Supp.1984 and false imprisonment, in violation of § 565.130, RSMo 1978.

Judgment affirmed. Rule 30.25(b).